U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 23-20336-cr-KMW

**UNITED STATES OF AMERICA**

Inmate Name: Schnaider Cesar

v.

Inmate #: Jail # 230136452

Oscar Banden Burns, et. al.,
Defendant.

## PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A INITIAL APPEARANCE/ARRAIGNMENT is pending in this Court against Schnaider Cesar, JAIL #230136452, YOB:2001 the above styled case, and it is set for as to the defendant on September 21, 2023 at 301 N Miami Avenue, 11th FLOOR, MIAMI, FL 33128

2. The defendant is now confined in the Metrowest Detention Center at 13850 NW 41st St., Doral, FL 33178

3. It is necessary to have the defendant before this Court for a INITIAL APPEARANCE/ARRAIGNMENT as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said INITIAL APPEARANCE/ARRAIGNMENT. and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *[signature]*
Corey R. O'Neal
ASSISTANT UNITED STATES ATTORNEY

cc: U.S. Attorney (AUSA Corey R. O'Neal )