UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 23-cr-20336-DSL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **<u>NOTICE OF PERMANENT APPEARANCE AS CO-COUNSEL</u>** |
| SCHNAIDER CESAR, | : | |
| Defendant. | / | |

COMES NOW <u>Jessica Caso-Pedraja</u>, and files this appearance as co-counsel for the above named defendant. Counsel agrees to represent the defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant.

DATED:     November 26, 2024

    Caso Pedraja Law.
Attorneys for Cesar Schnaider

By:   /s/ Jessica Caso Pedraja
JESSICA CASO PEDRAJA, ESQ.
P.O. Box 144822
Coral Gables, FL 33114
Florida Bar No.: 0488234
Telephone: 305-810-9781
Email: Jessica@casopedrajalaw.com