UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA

v.

SCHNAIDER CESAR,

    Defendant.
_____/

## VERDICT FORM

1. As to **Count One** of the Indictment, which charges Defendant **SCHNAIDER CESAR** with carjacking, we, the Jury, unanimously find the Defendant:

GUILTY __X__      NOT GUILTY _____

SO SAY WE ALL

_____
FOREPERSON OF THE JURY

Dated: __12/18/24__

28