**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  23-20336-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SCHNAIDER CESAR**,

    Defendant.

_____/

**ORDER SETTING DATE, TIME,**

**AND PROCEDURES FOR SENTENCING HEARING**

THIS CAUSE came before the Court upon the conclusion of the Defendant SCHNAIDER CESAR's Jury Trial, held Wednesday, December 18, 2024.

The Defendant SCHNAIDER CESAR, having been found guilty by the jury of Count One of the Indictment, Defendant SCHNAIDER CESAR is adjudicated guilty of Count One of the Indictment.

It is hereby **ORDERED AND ADJUDGED** that a sentencing hearing is set in this matter for <u>Friday, April 18, 2025, at 11:00 a.m.</u>, in the Miami Division, before Judge David Leibowitz.

**SENTENCING PROCEDURES**

1. The Probation Office shall disclose the Draft Presentence Investigation Report ("PSR") no later than **35 days** prior to the sentencing hearing.

2. Each party shall file its objections, if any, to the Draft PSR and any motions for sentencing departures or variances no later the **14 days** after the disclosure of the Draft PSR.  The non-moving party will then have **7 days** to respond.

3. The Probation Office shall disclose the Final PSR and Addendum no later than **10 days** before the sentencing hearing.  Each party shall, no later than **5 days** before the

CASE NO. 23-20336-CR-LEIBOWITZ

sentencing hearing, file a notice of setting forth all previously filed objections that have been resolved and all objections that remain outstanding.

4. The Court has set aside **60 minutes in total** for this hearing. If any party requires more time, counsel for that party shall file, no later than **7 days** prior to the hearing, a motion for more time in which the moving party shall lay out exactly how much time will be needed and why (including but not limited to the need to submit evidence at the hearing).

**DONE AND ORDERED** in Southern District of Florida on December 19, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record