FILED BY_____D.C.

JAN 07 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Honorable Judge,    23 CR 20336

I was found guilty of armed carjacking in your courtroom Dec. 18, 2024. June of this year, my first trial ended in a mistrial after diliberating for several hours. But the jury in the second trial came back with a guilty verdict after deliberating for less than 15-20 minutes. This jury was in a rush to return home. Obviously they didn't take your instructions seriously. I even made my attorney aware of the sleeping juror the only black male that is of Haitian decent. My attorney did nothing. The jury definitely didn't aknowledge the statement you made stating: A defendant standing three feet away from another who is committing a crime does not make the defendant standing three feet away from the crime being committed does not make the defendant standing three feet away guilty. Futhermore your Honorable Judge I would like to make you aware that the Procecution offered me Thirty-three with testifying against co-defendant. I wanted to take it. But due to me getting beat up several times and family threats, I was in fear of taking the deal. In the last trial the procecutor showed the courts a letter that the U.S. Marshall took from me as it was being handed to me from my co-defendant. The letter was projected for the courts to see it. Thereafter when asked my attorney did not object. Your Honorable Judge, both trials were held in your courtroom. From the first trail a witness testisfied stating: "I didn't like the idea". Thereafter in the second trial he stated: "I wanted to drive because I have more experience pulling chase. I didn't like the idea. I was awaken from the back seat by Blanc holding a firearm demanding me to drive. Thereafter I did as I was instructed. I went home after I dropped Blanc off to his home. I was not aware of what Blanc and Burns were up to. Before any of this took place, Blanc was supposed to drop me off. Blanc and Burns,

took another vehicle without my knowledge. I was only made aware of this after Blanc's statement. If I knew any of that transpired, I would have never been around Blanc. I don't know Burns. Blanc and I were to go out with two girls. We did. Thereafter I was supposed to be dropped off home. Instead Blanc picked up Burns. I then got in the back seat. Blanc told me that he was dropping me off. But he didn't. Instead he pulled up to a gas station and asked me to buy him a apple juice and put $15 in gas. They used me. They knew what they were going to do. Me not knowing anything, I felt no need to conceal my identity. Thereafter I gave him the juice and pumped the gas. I got back in the backseat and went to sleep as they were supposed to drop me home. They never did.

Your Honorable Judge, I am a High School graduate as of June of 2023. I didn't make it to my graduation due to me violating my probation. They did send my Diploma to my house. I was looking at various colleges and tech schools to attend. I violated my probation by driving to school to attend a gathering that my teachers put together for me for acheiving my Diploma. I was very proud of myself. Your Honor, I do believe I'm not guilty of armed carjacking. I accept responsibility in this situation because I feel really bad for the victim. I even asked the detective that questioned me at Metro West to apologize to the victim for me. No way would I ever had participated in a crime of this magnitude. That could've been my Mother. Your Honor, I hid nothing from the authorities. I did not try and say I was not there. I just didn't know their plot. Your Honor, I have a 1 yr old daughter that I have never held. I definitely want to be a good Father to her. Please take all into consideration for me to have that oppurtunity. My Mother, brother, and myself came to America to escape an opressed life in Haiti. Your Honor I'm not perfect. I do beleive I deserve a chance at life to live upright. The situation I was in may not have been fair given the circumstances. I accept my role played. I feel I should not be sentenced accorddingly to armed

carjacking. My attorney hasn't answered any of my or my family calls. My attorney said nothing of entering a motion for appeal. But futhermore a sentence given for an actual role played (accesory after the fact) will be more than accepted. I ask this of you due to you heard all at both trials. I'm not trying to play Mr. Innocent but Mr. Responsible. Throughout my times in your courtroom, I noticed your attention to detail. Please consume all that I wrote and sentence me accorddingly. Truthfully speaking, I beleive if I went to trial by Judge the outcome would've been different. And all the time spent imprisoned has been a waste of all my hard efforts to acheive my Diploma. And also further my education. I Thank you in advance. And please know my deepest sympathies goes out to the victim. Before you impose sentence upon me, is it possible for the victim to be present so that I can have the oppurtunity to personally apologize to her myself in person? and MERRY CHRISTMAS and HAPPY New year your HONOR God Blessed you.

Sincerely,

SCHNAIDER CESAR
REG# 76926-510

SCHNEIDER CESAR
REG# 26926-510
FDC MIAMI
P.O BOX N9120
MIAMI FL 33101-9120

JAN 02 2025
ANGELA E. NOBLE
CLERK U.S DIST. CT.
S. D. OF FLA - MIAMI

The enclosed letter processed through special mailing procedure for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosed to the following address:
FEDERAL DETENTION CENTER
PO BOX 019120
MIAMI FL 33101

Legal Mail

MIAMI FL 330
27 DEC 2024 PM 4 L

33128-771899

Attn: Judge Leibowitz David
U.S. District Court
Southern District of Florida
400 N. Miami Ave.
Miami FL 33128
C.C of the Court

