UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cr-20336-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCHNAIDER CESAR,

    Defendant.

_____

**DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE OBJECTIONS TO
THE [DE 209] PRESENTENCE INVESTIGATION REPORT**

    The Defendant, Schnaider Cesar (Mr. Cesar), by and through his undersigned counsel, files this, Defendant's Unopposed Motion for Extension of Time to File Objections to the [DE 209] Presentence Investigation Report, and in support thereof, states as follows:

    1.    Mr. Cesar's Sentencing Hearing is set for April 18, 2025, at 11:00 A.M. (See [DE 198]).

    2.    Mr. Cesar is charged by Indictment [DE 1] in the above styled matter with a single Count of Carjacking, in violation of 18 U.S.C. § 2119(1).

    3.    The DRAFT Disclosure of Presentence Investigation Report (PSR) for Mr. Cesar [DE 209] was filed on Tuesday, February 25, 2025.

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

4. However, when the undesigned attempted to download the PSR the following Sunday, March 2, 2025, he received a notification on PACER that he was not authorized to have access to the document.

5. Therefore, he immediately emailed Probation Officer Cherie Audette, who prepared the PSR, to obtain access.

6. The following morning, Monday, March 3, 2025, Officer Audette arranged for the undersigned to be provided access and he was able to download the PSR.

7. As a result of the delay, the undersigned has been unable to review the PSR or confer and review the PSR with his client in order to adequately address the expected objections to the PSR.

8. Therefore, the undersigned seeks an extension of time to and including March 25, 2025, to file Defendant's Objections to the PSR, for the foregoing reasons.

9. The undersigned has communicated with Assistant United States Attorney Stefan Diaz Espinosa, who indicated that the government does not oppose the Extension of time sought by Mr. Cesar in this Motion.

10. Undersigned counsel certifies that this Motion is made in good faith, not for the purpose of delay, but so that justice may be done.

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

**WHEREFORE**, the Defendant, Schnaider Cesar, respectfully requests that this Honorable Court enter its Order granting an extension of time through and including March 25, 2025, for Defendant to file objections to the PSR, for the foregoing reasons.

**DATED:** March 10, 2025.

>Respectfully submitted,
>
>**Donet, McMillan & Trontz, P.A.**
>
>By: /s/ David A. Donet, Jr.
>**David A. Donet, Jr., Esq.**
>Florida Bar No.: 128910
>Attorney for Defendant Schnaider Cesar

[Certificate of Service on next page]

Page **3** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 10, 2025, the undersigned electronically filed the foregoing Defendant Schnaider Cesar's Unopposed Motion for Extension of Time to File Objections to the [DE 209] Presentence Investigation Report with the Clerk of the Court using CM/ECF, which will serve copies thereof on al counsel of record registered therein.

                          **Donet, McMillan & Trontz, P.A.**

                          By: /s/ David A. Donet, Jr.
                              **David A. Donet, Jr., Esq.**
                              Florida Bar No.: 128910
                              Attorney for Defendant Schnaider Cesar
                              100 Almeria Avenue, Suite 230
                              Coral Gables, Florida 33134
                              Telephone: (305) 444-0030
                              Email: donet@dmtlaw.com
                              Email: paralegals@dmtlaw.com

Page **4** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com