UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20336-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SCHNAIDER CESAR**,

    Defendant.

_____/

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS CAUSE came before the Court on Defendant's Unopposed Motion for Extension of Time to File Objections to Presentence Investigation Report [ECF No. 214]. Being fully advised, having reviewed the submissions of the parties, and for the reasons stated in the Motion, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Defendant shall file objections to the presentence investigate report by March 25, 2025.

**DONE AND ORDERED** in the Southern District of Florida, this March 17, 2025.



_____
David S. Leibowitz
United States District Judge

cc: counsel of record