UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cr-20336-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCHNAIDER CESAR,

    Defendant.

_____/

### DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE [DE 209] PRESENTENCE INVESTIGATION REPORT

The Defendant, Schnaider Cesar (Mr. Cesar), by and through his undersigned counsel, files this, Defendant's Second Unopposed Motion for Extension of Time to File Objections to the [DE 209] Presentence Investigation Report, and in support thereof, states as follows:

1.    Mr. Cesar's Sentencing Hearing is set for April 18, 2025, at 11:00 A.M. (See [DE 198]).

2.    Mr. Cesar is charged by Indictment [DE 1] in the above styled matter with a single Count of Carjacking, in violation of 18 U.S.C. § 2119(1).

3.    The DRAFT Disclosure of Presentence Investigation Report (PSR) for Mr. Cesar [DE 209] was filed on Tuesday, February 25, 2025; however,

Defendant's undersigned counsel had no access to it, as it was restricted in error. He was able to access it when the error was corrected by the U.S. Probation Office on March 3, 2025.

4. Therefore, Defendant filed a Motion [DE 214] for an extension of time to file said Objections, which this Honorable Court granted by Order [DE 219] entered on March 18, 2025.

5. Pursuant to said Order, Defendant's Objections to the PSR are due today, March 25, 2025.

6. However, as a result of unexpected events, such as the undersigned's appointment since the entry of said Order to two cases in this District pursuant to the Criminal Justice Act (one of which is a death penalty case) and other events, the undersigned has been unable to complete the preparation of said Objections.

7. Therefore, Defendant needs and respectfully requests a short extension of time through this coming Monday, March 31, 2025, within which to file said Objections.

8. The undersigned has communicated with Assistant United States Attorney Stefan Diaz Espinosa, who indicated that the government does not oppose the extension of time sought by Mr. Cesar in this Motion.

9. Undersigned counsel certifies that this Motion is made in good faith,

not for the purpose of delay, but so that justice may be done.

**WHEREFORE**, the Defendant, Schnaider Cesar, respectfully requests that this Honorable Court enter its Order granting an extension of time through and including March 31, 2025, for Defendant to file objections to the PSR, for the foregoing reasons.

**DATED:** March 25, 2025.

                                      Respectfully submitted,

                                      **Donet, McMillan & Trontz, P.A.**

                         By: /s/ David A. Donet, Jr.
                                      **David A. Donet, Jr., Esq.**
                                      Florida Bar No.: 128910
                                      Attorney for Defendant Schnaider Cesar

[Certificate of Service on next page]

Page **3** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 25, 2025, the undersigned electronically filed the foregoing Defendant Schnaider Cesar's Second Unopposed Motion for Extension of Time to File Objections to the [DE 209] Presentence Investigation Report with the Clerk of the Court using CM/ECF, which will serve copies thereof on al counsel of record registered therein.

                    **Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
      **David A. Donet, Jr., Esq.**
      Florida Bar No.: 128910
      Attorney for Defendant Schnaider Cesar
      100 Almeria Avenue, Suite 230
      Coral Gables, Florida 33134
      Telephone: (305) 444-0030
      Email: donet@dmtlaw.com
      Email: paralegals@dmtlaw.com

Page **4** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com