UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cr-20336-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCHNAIDER CESAR,

    Defendant.

_____

**ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE OBJECTIONS
TO THE PRESENTENCE INVESTIGATION REPORT**

**THIS CAUSE** came before the Court on Defendant's Second Unopposed Motion [DE   ] for Extension of Time to File Objections to the [DE 209] Presentence Investigation Report (PSR); and the Court having reviewed said Motion, and being otherwise fully advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Defendant Schnaider Cesar's 's objections to the PSR shall be filed not later than March 31, 2025.

**DONE AND ORDERED** in in the Southern District of Florida on this _____ day of _____, 2025.

                                        **HON. DAVID S. LEIBOWITZ**
                                        United States District Judge

Copies to Counsel of Record and to
U.S. Probation Officer Cherie Audette