UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-Cr-20336-DSL

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SCHNAIDER CESAR**,

    Defendant.

_____

**ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE OBJECTIONS
TO THE PRESENTENCE INVESTIGATION REPORT**

**THIS CAUSE** came before the Court on Defendant's Second Unopposed Motion [DE 221] for Extension of Time to File Objections to the [DE 209] Presentence Investigation Report (PSR); and the Court having reviewed said Motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Defendant Schnaider Cesar's 's objections to the PSR shall be filed not later than March 31, 2025.

**DONE AND ORDERED** in the Southern District of Florida this March 26, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record and to
U.S. Probation Officer Cherie Audette