SUBJECT: to judge Leibowitz
DATE: 04/10/2025 09:05:21 PM

23cr20336

To the honorable judge Leibowitz

I humbly appeal to your mercies, and apologize to you, your court, my family, and most of all the victim and her family.
Forgive me for I am just a youth ignorant to life and all it entails I just graduated highschool and not knowledgeable to any judicial proceedings. It has been two years of heart breaking pain and endless stress added to paralyzing thoughts of how my life came to this. I have come to realize at age 24 that my choices have been in error. And the people I chose to deal with all out of a false belief that they were my friends. By choosing in ignorance, has brought me to a Judgement, of my life and freedom. And now being wrongfully advised and misdirected about this matter, has warranted this letter of appeal.
It has been brought to my attention that this is not evidence hearing, to where the elements of the case can be exposed and the truth can be brought out.
After hearing from secondary counsel, the appointed PD that is supposed to represent me has not informed nor has sat down with me to go over any facts this case. I still do not clearly understand why I am being sentenced if I have a mistrial and why false statements that have been made are presented to bring me to a judgment hearing. I have be misinformed by my counsel to do one thing and then mislead about what I need to do to be proven innocent..
So my appeal to you is for clarity and truth in this matter.

SINCERLY Schnaider Cesar.

Schnaider Cesar #76926511
FDC Miami
Federal Detention Center
P.O. Box 019120
Miami, FL 33101

U.S District Court Southern District of FL
400 N. Miami AVE
Miami, FL 33128

33128-771899

MIAMI FL 330
11 APR 2025 PM 6 L

