THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILING FEE PAID: N/A
In Forma Pauperis: N/A
Angela E. Noble, Clerk

UNITED STATES OF AMERICA )
)
Plaintiff )  Case No. 1:23-cr-20336-DSL
)
VS. )  NOTICE OF APPEAL
)
)
)
)
Defendant )
Cesar Schnaider )

FILED BY ____ D.C.
APR 25 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

COMES NOW the Defendant Cesar Schnaider pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this court on April 18, 2025. The Defendant also requests that NEW Counsel is appointed for the appeal.

Respectfully submitted this 22nd day of April, 2025

Cesar Schnaider
Reg No. 76926-510
FDC Miami
PO Box 019120
Miami FL 33101

Copy mailed this 22nd day of April 2025 to following
AUSA Stefan Rafael Diaz Espinosa & Yeny Hernandez
99 NE 4th Street
Miami, FL 33132

Cesar
Federal detention Center Miami
P.O. Box 19120
Miami FL 33101

MIAMI FL 330
23 APR 2025 PM 5 L

Court of Clerks
400 N Miami AVE
Miami FL 33128

FILED BY _____ D.C.
APR 25 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

33128-771699