UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cr-20336-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCHNAIDER CESAR,

    Defendant.

_____

## NOTICE OF APPEAL

Notice is hereby given that Schnaider Cesar, the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on April 18, 2025.

**DATED** on May 1, 2025.

    Respectfully submitted,

    **Donet, McMillan &Trontz, P.A.**

    By: /s/ David A. Donet, Jr.
    David A. Donet, Jr., Esq.
    Florida Bar No.: 128910
    Attorney for Defendant Schnaider Cesar

[Certificate of Service on next page]

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 1, 2025, undersigned counsel electronically filed the foregoing Defendant Schnaider Cesar's Notice of Appeal with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein.

**Donet, McMillan &Trontz, P.A.**

By: /s/ David A. Donet, Jr.
David A. Donet, Jr., Esq.
Florida Bar No.: 128910
Attorney for Defendant Schnaider Cesar
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: (305) 444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com