**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20336-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**v.**

**SCHNAIDER CESAR,**

**Defendant.**
______________________________/

**ORDER REQUIRING GOVERNMENT'S RESPONSE**

THIS CAUSE is before the Court on the Defendant's Motion to Amend Judgment [ECF No. 283], filed on September 30, 2026. Accordingly, it is **ORDERED AND ADJUDGED** that the Government shall file a response to the Motion on or before November 10, 2026.

**DONE AND ORDERED** in the Southern District of Florida on October 27, 2026.

______________________________
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Defendant, *pro se*