**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-20336-DSL**

**UNITED STATES OF AMERICA**

**vs.**

**SCHNAIDER CESAR,**
**Defendant.**
______________________________________/

# NOTICE OF REASSIGNMENT

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. The prior counsel for the United States, Assistant United States Attorney, Yeney Hernandez is no longer counsel of record for the United States in this matter.

Respectfully submitted,

YARA LORENZO KLUKAS
ACTING UNITED STATES ATTORNEY

By s/ Christian Harris
CHRISTIAN HARRIS
Assistant United States Attorney
Court ID A5503410
JLK Federal Justice Building
99 NE 4th Street
Miami, FL 33132
Telephone: (305) 961-9331
Email:Christian.Harris@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ *Christian Harris*
CHRISTIAN HARRIS
Assistant United States Attorney