# EXHIBIT 1

MIAG2 * PUBLIC INFORMATION * 11-04-2026
PAGE 001 OF 001 * INMATE DATA * 11:26:37
AS OF 11-04-2026

REGNO..: 76926-510 NAME: CESAR, SCHNAIDER

RESP OF: ALM
PHONE: 570-547-7950 FAX: 570-547-7751
RACE/SEX...: BLACK / MALE
AGE: 25
PROJ REL MT: GOOD CONDUCT TIME RELEASE PAR ELIG DT: N/A
PROJ REL DT: 10-31-2031 PAR HEAR DT:

S0055 NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

REGNO..: 76926-510 NAME: CESAR, SCHNAIDER

RESP OF: ALM
PHONE: 570-547-7950 FAX: 570-547-7751
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 04-30-2031

THE INMATE IS PROJECTED FOR RELEASE: 10-31-2031 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:23-CR-20336-DSL(3)
JUDGE...........................: LEIBOWITZ
DATE SENTENCED/PROBATION IMPOSED: 04-18-2025
DATE COMMITTED..................: 10-23-2025
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $30,685.14

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 557 18:2119 ROBBERY OF AUTO

OFF/CHG: 18:2119.F CARJACKING 18:2119.F

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 87 MONTHS
TERM OF SUPERVISION............: 3 YEARS
DATE OF OFFENSE................: 06-01-2023

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-22-2025 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-12-2025 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 08-26-2025
TOTAL TERM IN EFFECT............: 87 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 7 YEARS 3 MONTHS
EARLIEST DATE OF OFFENSE........: 06-01-2023

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 391
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 10-31-2031
ELDERLY OFFENDER TWO THIRDS DATE: 06-27-2030
EXPIRATION FULL TERM DATE.......: 11-25-2032

REGNO..: 76926-510 NAME: CESAR, SCHNAIDER

RESP OF: ALM
PHONE: 570-547-7950 FAX: 570-547-7751
TIME SERVED......................: 1 YEARS 2 MONTHS 10 DAYS
PERCENTAGE OF FULL TERM SERVED..: 16.4
PERCENT OF STATUTORY TERM SERVED: 19.3

PROJECTED SATISFACTION DATE.....: 10-31-2031
PROJECTED SATISFACTION METHOD...: GCT REL

S0055 NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE