**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20336-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**v.**

**SCHNAIDER CESAR,**

**Defendant.**
__________________________________/

**ORDER DENYING MOTION TO AMEND JUDGMENT**

THIS CAUSE came before the Court on the Defendant's Motion to Amend Judgment [ECF No. 283] and Request for Clarification from the Federal Bureau of Prisons [ECF No. 288]. Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **DENIED.**

The sentence imposed by this Court on April 22, 2025, was intended to commence as of September 14, 2023, the date of Defendant's federal arrest. When imposing sentence, the court did not take any position with respect to any other pending state sentence or charges. As the State sentence was imposed after this federal sentence, the Court takes no position on the matter.

The Government is directed to inform the Bureau of Prisons of this Order [see ECF No. 288] within 7 days and certify compliance by docketing a notice within that time.

**DONE AND ORDERED** in the Southern District of Florida on November 17, 2026.

**DAVID S. LEIBOWITZ**
**U.S. DISTRICT JUDGE**

cc: counsel of record
Federal Bureau of Prisons