**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-20336-LEIBOWITZ**

**UNITED STATES OF AMERICA**

**vs.**

**SCHNAIDER CESAR,**

**Defendant.**

_________________________________/

**NOTICE OF GOVERNMENT'S COMPLIANCE WITH ORDER DENYING MOTION TO AMEND JUDGMENT (DE 289)**

The United States of America, through the undersigned Assistant United States Attorney, files this Notice of Compliance with the Order Denying Motion to Amend Judgment (DE 289). On November 18, 2026, the Court instructed the Government to notify the Bureau of Prisons of the Order Denying Motion to Amend Judgment within seven days of the order. (DE 289 at 1).

[SPACE INTENTIONALLY LEFT BLANK]

Thereafter, the Government mailed the Order Denying Motion to Amend Judgment (DE 289) and a courtesy copy of the Request for Clarification (DE 288) to the contact that the Bureau of Prisons provided in its Request for Clarification. (DE 288 at 2).

Respectfully submitted,

YARA LORENZO KLUKAS
ACTING UNITED STATES ATTORNEY

By: */s/ Christian Harris*

Christian Harris
Assistant United States Attorney
Court ID No. A5503410
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9331
Email: Christian.Harris@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on November 24, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. A copy of this filing will be sent via certified mail to Defendant Schnaider Cesar, BOP Register No. 76926-510, at FCI Allenwood Medium, P.O. Box. 2000, White Deer, Pennsylvania 17887.

By: */s/ Christian Harris*
CHRISTIAN HARRIS
Assistant United States Attorney